O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4644 AHM (Ex) | Date | June 30, 2009 |
|---|---|---|---|
| Title | CHARLES EDWARD LINCOLN III v. RECONTRUST CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On June 26, 2009, Plaintiff Charles Edward Lincoln III, appearing *pro se*, filed a Complaint and an application for a temporary restraining order enjoining the foreclosure sale of a property in Yucca Valley, CA. The action was assigned to this Court today.

This Court DENIES the Application[1] because Plaintiff has given no indication that he has given notice of the Application to Defendants Recontrust Corporation, Bank of America, or Michael Harris. Nor has he explained why notice should not be required, or why irreparable injury will result to the movant before the adverse party can be heard in opposition. He simply states in his Application, "Such an order . . . will keep Lincoln's tenants in this home until the Court can hear the case on a more developed record." App. at 5:13. It thus appears that Plaintiff is not a resident in this dwelling and would not be rendered homeless. Federal Rule of Civil Procedure 65(b)(1) provides:

> (1) Issuing Without Notice. The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:
>
> > (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

///
///

---

[1] Docket No. 3.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4644 AHM (Ex) | Date | June 30, 2009 |
|---|---|---|---|
| Title | CHARLES EDWARD LINCOLN III v. RECONTRUST CORPORATION, et al. | | |

///

      (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Plaintiff's Application does not satisfy these requirements.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |