Charles Edward Lincoln, III
6102 Valleyview Drive
Lago Vista, Texas 78645
Telephone: (512) 968-2500
E-mail: charles.e.lincoln@att.net
Plaintiff *in propia persona*

Lodged Proposed Order

FILED 2009 SEP 29 PM 2:12

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION (LOS ANGELES)

CHARLES EDWARD LINCOLN, III, §
    Plaintiff, §
§
v. § Case No. **2:09-cv-04644-AMH-E**
§
RECONTRUST CORPORATION §
BANK OF AMERICA, MICHAEL HARRIS, §
And all JOHN & JANE DOES 1-10 § TRIAL-BY-JURY DEMANDED
    Defendants. §
§
§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

## AMENDED APPLICATION FOR ENTRY OF CLERK'S DEFAULT

To the **Clerk** of the United States **District** Court for the Central **District of California:**

Plaintiff Charles Edward Lincoln, III, respectfully requests that the **Clerk** enter the **default** of RECONTRUST CORPORATION, a wholly owned subsidiary of the Bank of America, served on June 30, 2009, on its own behalf and as agent for the Bank of America. Several branches of Recontrust Corporation were served at several different addresses in Simi Valley, California for failure to plead or otherwise defend in a timely manner as provided by Rule 55 of the Federal Rules of Civil Procedure.

This request is based on the attached Amended Declaration of Peyton Yates Freiman, (Exhibit A) which shows the following: (1) The Defendant ReconTrust, a wholly owned and controlled subsidiary of Bank of America and Bank of America (by and through ReconTrust) were served with the summons and complaint pursuant to Rule 4(c) of the Federal Rules of Civil

PLAINTIFF' APPLICATION FOR ENTRY OF CLERK'S DEFAULT
CHARLES E. LINCOLN V. BANK OF AMERICA, RECONTRUST
ET AL. CENTRAL DISTRICT OF CALIFORNIA, LA (EASTERN)
- 1 -
CHARLES EDWARD LINCOLN, III
6102 VALLEYVIEW DRIVE
LAGO VISTA, TEXAS 78645
512-968-2500
CHARLES.E.LINCOLN@ATT.NET

Procedure on June 30, 2009, as evidenced by the proof of service on file with this court, Exhibit C, which has been on file with this Court since July 13, 2009. (2) The Defendants Bank of America and ReconTrust Co., after being served several times as stated above, have utterly failed to plead or otherwise respond to the Complaint, either on its own behalf or in its capacity as a wholly owned and controlled agent for the Bank of America or as successor in interest to Countrywide. (3) The applicable time limit for responding has expired.

## PRAYER FOR RELIEF

Plaintiff Charles Edward Lincoln prays that the CLERK OF THE UNITED STATES DISTRICT COURT will enter default, whereupon he prays that the Judge of the United States District Court will enter final judgment by default against all defendants for the relief requested above, including but not limited to declaratory judgment regarding the rights and status of each party in relation to the property at 7431 & 7433 Apache Trail, Yucca Valley, California 92688, and the interests assigned to Plaintiff in such property and the notes, transactions, and occurrences relating to the same.

No adverse parties have appeared or answered so accordingly no certificate of service is attached or necessary,

Tuesday September 29th, 2009,

By:_____
Charles Edward Lincoln, Plaintiff, *pro se*
6102 Valleyview Drive
Lago Vista, TX 78645
512-968-2500
charles.e.lincoln@att.net

PLAINTIFF' APPLICATION FOR ENTRY OF CLERK'S DEFAULT
CHARLES E. LINCOLN V. BANK OF AMERICA, RECONTRUST
ET AL.CENTRAL DISTRICT OF CALIFORNIA, LA (EASTERN)

CHARLES EDWARD LINCOLN, III
6102 VALLEYVIEW DRIVE
LAGO VISTA, TEXAS 78645
512-968-2500
CHARLES.E.LINCOLN@ATT.NET

- 2 -

# EXHIBIT A:

# Amended Declaration of Peyton Yates Freiman regarding Service of Process Effected on June 30, 2009

PLAINTIFF' APPLICATION FOR ENTRY OF CLERK'S DEFAULT
CHARLES E. LINCOLN V. BANK OF AMERICA, RECONTRUST
ET AL. CENTRAL DISTRICT OF CALIFORNIA, LA (EASTERN)
- 1 -

CHARLES EDWARD LINCOLN, III
6102 VALLEYVIEW DRIVE
LAGO VISTA, TEXAS 78645
512-968-2500
CHARLES.E.LINCOLN@ATT.NET

# AMENDED DECLARATION OF PROCESS SERVER PEYTON YATES FREIMAN

1. My name is Peyton Yates Freiman and I am above the age of 18. I have never been convicted of a felony and have never been diagnosed of a mental illness.

2. On June 30th, 2009 I served defendant ReconTrust Corporation with a file stamped copy of a Complaint for Quiet Title (case no: **2:09-cv-04644-AHM-E**) delivering it by hand, during normal business hours (between 8:00AM & 6:00PM) at 3:03 PM and 4:30 PM respectfully, at two separate locations, leaving the complaint with two separate adult individuals who identified themselves as employees of ReconTrust Co.

3. The first location being ReconTrust's address in Simi Valley California at 1800 Tapa Canyon Road, where a security guard, who worked for Countrywide and its subsidiaries, gave me a notice that they accepted service in Calabasas California at 4500 Granada Blvd.

4. I served the Complaint with a different security guard regardless at 3:03 PM. His name was Steven Semeinzki.

5. I finally made it out to Calabasas California and left the Complaint with the "lobby ambassador" at the office building there at around 4:30 PM. The man who I served there was named Charles Murphy, an employee for Countrywide and its subsidiaries.

6. I have since mailed the Complaint via certified mail and via fascimille to ReconTrust Co on or about July 2nd, 2009 from a Post office in San Bernardino, California.

7. My proof of service having been accepted along with a declaration describing my troubles and who I spoke to and was entered into the docket on July 13th, 2009.

8. ReconTrust had until July 20th to file their answer and are now clearly in default.

    Further Declarant sayeth naught,

    Signed the 29th, of September, 2009,

*Peyton Yates Freiman*
603 Elmwood #6
Austin, TX 78705
512.923.1889
freimanthird@gmail.com