UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES EDWARD LINCOLN, III, | ) | CV09-4644-AHM (Ex) |
| Plaintiff(s), | ) ) | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| v. | ) ) | |
| RECONTRUST CORPORATION, *et al.,* | ) ) | |
| Defendant(s). | ) ) | |

On September 21, 2009, the Court ordered plaintiff to show cause in writing, no later than October 5, 2009, why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. On September 29, 2009, plaintiff filed a response to the order to show cause and an amended application for entry of clerk's default against defendant Recontrust Coporation. On October 1, 2009, the Court denied the amended application. To date, plaintiff has not complied with September 21, 2009 minute order.

/ / /

/ / /

/ / /

/ / /

1      Accordingly, good cause appearing therefor, the Court hereby DISMISSES this
2 action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and
3 failure to obey an order of this Court.  The Clerk of the Court is directed to close the
4 file.
5      IT IS SO ORDERED.

7 Dated: January 11, 2010

8 **JS-6**
                           A. HOWARD MATZ
                           United States District Judge